# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JAMAL FAHIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil No. 3:21-cv-0035 |
| v. ) | |
| ) | |
| GOVERNMENT OF THE VIRGIN ISLANDS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

**BEFORE THE COURT** is Jamal Fahie's ("Fahie") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Fahie filed the instant petition alleging: (1) "newly discovered evidence"; (2) "the main witness changed her story in her initial statement to police"; (3) "aiding and abetting"; and (4) "Kamaal Francis witness." (ECF No. 1.) On May 25, 2021, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, the Magistrate Judge issued a Report and Recommendation (ECF No.2) recommending that:

1. The Court stay the case pending the petitioner's exhaustion of Grounds Two, Three, and Four;
2. The Court order the petitioner to act to exhaust his territorial court remedies within forty-five days after the entry of the stay; and
3. The Court order the petitioner to return to federal court within forty-five days after territorial court exhaustion.

Fahie did not file an objection. After conducting a *de novo* review of the record in this matter, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 2, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that the case is **STAYED** pending Fahie's exhaustion of Grounds Two, Three, and Four; it is further

*Fahie v. Gov't of the Virgin Islands, et al.*
Case No. 3:21-cv-0035
Order
Page **2** of **2**

  **ORDERED** that, within 45 days from the date of this Order, Fahie **SHALL** initiate his territorial court remedies. **No later than January 4, 2024,** Plaintiff shall notify this Court of what action, if any, he took to initiate his territorial court remedies. It is further

  **ORDERED** that Fahie **SHALL** return to this court within 45 days after his territorial court exhaustion is complete; it is further

  **ORDERED** that failure to comply with this Order may lead to a dismissal of this case for failure to prosecute; it is finally

  **ORDERED** that the Clerk's Office **SHALL** provide a copy of this Order to Jamal Fahie.

**Dated:** October 24, 2023           /s/_____
                     **ROBERT A. MOLLOY**
                     **Chief Judge**